AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 2:10-mj-104 |
| Linda L. Case | ) | | |
| | ) | | |
| *Defendant* | ) | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | United States District Court<br>85 Marconi Blvd<br>Columbus OH 43215 | Courtroom No.: | 220 |
|---|---|---|---|
| | | Date and Time: | 2/16/10 @ a time to be determined by Judge Abel |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Feb 12, 2010

*/s/ Terence P. Kemp*

*Judge's signature*

Terence P. Kemp, U.S. Magistrate Judge

*Printed name and title*